IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ZION YOUNG                                                                                              PLAINTIFF

v.                                                              CIVIL ACTION NO. 1:23-cv-00055-SA-DAS

CHRIS LINDLEY                                                                                        DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on April 10, 2023. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 21st day of June, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE