IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ZION YOUNG                                                                                         PLAINTIFF

V.                                                                                      NO. 1:23-CV-55-DMB-DAS

CHRIS LINDLEY, in his individual
capacity and in his official capacity as
the Mayor and ex-officio police officer
for the Town of Booneville, Mississippi;
and BOONEVILLE, MISSISSIPPI                                                          DEFENDANTS

## ORDER OF RECUSAL

    The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

    **SO ORDERED**, this 8th day of December, 2023.

                                                              **/s/Debra M. Brown**
                                                               **UNITED STATES DISTRICT JUDGE**